Revised AO 45 (WDNC-03/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT
*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:** ( ) Yes   (X) No   **DOCKET NUMBER:** _____

*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs. Bryan Keith Coats

**COUNTY OF OFFENSE** : Mecklenburg
**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* : _____
*Search Warrant Case Number* : _____
*Miscellaneous Case Number* : _____
*Rule 20b* : _____

**SERVICE OF PROCESS -** *Summons*

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:  ☐ Petty  ☐ Misdemeanor  X Felony

18 U.S.C. Section 1343

**JUVENILE** :  ☐ Yes   X No

**ASSISTANT U. S. ATTORNEY** : MARK ODULIO

**VICTIM / WITNESS COORDINATORS** :  lynne.crout@usdoj.gov

**INTERPRETER NEEDED** : _____
**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**

## Related to Simmons - 3:10cr23-Conrad